**Frank Younger FLOURNOY v. UNITED STATES of America.**

No. 2732.

Circuit Court of Appeals, Tenth Circuit.

April 20, 1943.

J. D. Mell, of Santa Fe, N. M., and Tom S. Williams, of Sulphur Springs, Tex., for appellant.

Howard F. Houk, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee for failure to prosecute.

**Tom FORD, Appellant, v. UNITED STATES of America, Appellee.**

No. 10660.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

Jos. O. McGehee, of Columbus, Ga., for appellant.

T. Hoyt Davis, U. S. Atty., of Macon, Ga., for appellee.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The appeal has not been timely filed and prosecuted. It should be dismissed unless it has merits requiring the exercise of this court's discretion to permit its late filing and prosecution. A careful examination of the record discloses no merit in it. The motion is granted. The appeal is dismissed.

**Booker T. GEORGE v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.**

No. 2755.

Circuit Court of Appeals, Tenth Circuit.

May 22, 1943.

No appearance for either party.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Application for leave to file a petition for writ of mandamus denied.

**Henry O. HALE, Appellant, v. Ida CAMPBELL et al.**

No. 12519.

Circuit Court of Appeals, Eighth Circuit.

April 24, 1943.

Alan Loth and Thomas M. Healy, both of Ft. Dodge, Iowa, and C. A. Smedal, of Ames, Iowa, for appellant.

D. M. Kelleher and Maurice J. Breen, both of Ft. Dodge, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.